IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**IRMA PINZON**                                                                                          **PLAINTIFF**

**v.                                CASE NO. 4:14CV00694 BSM**

**FRANKLIN COLLECTION**
**SERVICES, INC., et al.**                                                                      **DEFENDANTS**

## JUDGMENT

Consistent with the order entered this day, this case is hereby dismissed with prejudice.

IT IS SO ORDERED this 4th day of May 2015.

_____
UNITED STATES DISTRICT JUDGE